```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: bill.latour@verizon.net
```

FILED
CLERK, U.S. DISTRICT COURT
APR 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| MONICA DANEAN JACKSON, | ) | No. CV 13 - 5416 E |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING |
| | ) | EAJA FEES |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED TWENTY NINE DOLLARS AND 87/100 ($3,329.87) subject to the terms of the stipulation.

DATE: 4/15/14

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE